# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAQWAN SAUNDERS, : No. 78 MM 2022

        Petitioner :

      v. :

PENNSYLVANIA PAROLE BOARD, :

        Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of November, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DISMISSED.